IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ZEBADIAH E. BOWDEN,

        Plaintiff, : Case No. 3:12-cv-28

- vs - : District Judge Walter Herbert Rice
                                    Magistrate Judge Michael R. Merz

XENIA POLICE DEPARTMENT, et al., :

        Defendants. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #12), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Gene Fischer is dismissed as a Defendant with prejudice.

August 7, 2012.

                                                                      Walter Herbert Rice
                                                                       United States District Judge