IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ZEBADIAH E. BOWDEN,

    Plaintiff,  : Case No. 3:12-cv-28

 - vs -      : District Judge Walter Herbert Rice
          Magistrate Judge Michael R. Merz

XENIA POLICE DEPARTMENT, et al., :

    Defendants. :

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

  The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #16), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

  It is hereby ORDERED that the complaint is DISMISSED without prejudice for want of prosecution.   This case is TERMINATED on the docket of this Court.

September 27, 2012.

                 _/s/ Walter Herbert Rice_
                 Walter Herbert Rice
                 United States District Judge